1  ARNOLD & PORTER LLP
   PAMELA PHILLIPS (No. 87581)
2  pamela.phillips@aporter.com
   JONATHAN W. HUGHES (No. 186829)
3  jonathan.hughes@aporter.com
   DIANA D. DiGENNARO (No. 248271)
4  diana.digennaro@aporter.com
   Three Embarcadero Center, 10th Floor
5  San Francisco, California  94111-4024
   Telephone:    415.471.3100
6  Facsimile:    415.471.3400

7  Attorneys for Defendant
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8

9                      UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  In re | Case No. 14-01239 CRB |
| 13  HELLER EHRMAN LLP, | Chapter 11 |
| 14        Debtor. | Adv. Proc. No. 10-03234 |
| 15 | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| 16 | |
| 17  HELLER EHRMAN LLP, liquidating debtor, | Judge:  Hon. Charles R. Breyer |
| 18        Plaintiff, | |
| 19     v. | |
| 20  ORRICK, HERRINGTON & SUTCLIFFE LLP, | |
| 21        Defendant. | |

1  WHEREAS, pursuant to the Clerk's Notice dated March 25, 2014, a Status Conference was set in this case for April 18, 2014 at 10:00 a.m., with a Status Report due by April 11, 2014; and

WHEREAS, the parties have agreed, subject to Court approval, to postpone the Status Conference until April 25, 2014 with the Status Report to be due by April 18, 2014;

IT IS HEREBY STIPULATED AND AGREED that the Status Conference shall be conducted on April 25, 2014 at 10:00 a.m. in Courtroom 6, 17th Floor, San Francisco, before Hon. Charles R. Breyer and that the Status Report shall be due by April 18, 2014.

DATED:  March 31, 2014

ARNOLD & PORTER LLP

By:    /s/*Pamela Phillips*
       PAMELA PHILLIPS

Attorneys for Defendant ORRICK, HERRINGTON & SUTCLIFFE LLP

DATED:  March 31, 2014

GREENFIELD SULLIVAN DRAA & HARRINGTON LLP

By:    /s/*Christopher D. Sullivan*
       CHRISTOPHER D. SULLIVAN

Attorneys for Plaintiff HELLER EHRMAN LLP

**IT IS SO ORDERED.**

Dated:  April 11, 2014

HON. CHARLES R. BREYER
Judge of the United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

-1-

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE 14-01239 CRB