IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLER EHRMAN LLP,<br><br>    Plaintiff,<br><br> v.<br><br>DAVIS, WRIGHT, TREMAINE, LLP,<br><br>    Defendant.<br>_____<br>HELLER EHRMAN LLP,<br><br>    Plaintiff,<br><br> v.<br><br>JONES DAY,<br><br>    Defendant.<br>_____<br>HELLER EHRMAN LLP,<br><br>    Plaintiff,<br><br> v.<br><br>FOLEY & LARTNER LLP,<br><br>    Defendant.<br>_____<br>HELLER EHRMAN LLP,<br><br>    Plaintiff,<br><br> v.<br><br>ORRICK, HERRINGTON & SUTCLIFFE LLP,<br><br>    Defendant.             / | Nos.  C 14-01236 CRB<br>       C 14-01237 CRB<br>       C 14-01238 CRB<br>       C 14-01239 CRB<br><br>**ORDER RE SUMMARY JUDGMENT** |

    The Order of this Court issued on June 11, 2014, is amended as follows:

On page 4, line 2 of the Order, "corporation" is replaced with "partnership."

**IT IS SO ORDERED.**

Dated: July 1, 2014



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE